JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    8:21-cv-00371-CJC-DFM                              Date   4/21/2021

Title    BLIZZARD ENTERTAINMENT, INC. V. AML IP, LLC

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

|  Cheryl Wynn  | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [17], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                                                       _ :  _
                                                       Initials of Deputy Clerk:  cw